**IT IS ORDERED**

**Date Entered on Docket: September 30, 2019**

_____
**The Honorable David T. Thuma
United States Bankruptcy Judge**



_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW MEXICO

**IN RE:**

**KELLY MICHAEL LYNN and TINA MARIE LYNN,**　　　　　　No. 19-12061-T13
　　**Debtors.**

### ORDER ADMITTING ATTORNEY PRO HAC VICE

A Motion to appear *pro hac vice* was filed requesting Kenneth C. Weil to appear as counsel for creditors Brian Swanson and Stacy Walker (the "Motion"). Movant represents that he is a member in good standing of the Bar of the State of Washington, has read and is familiar with the Court's Local Rules, and has associated with local counsel.

IT IS ORDERED that the Motion is granted and Kenneth C. Weil is admitted to practice before the United States Bankruptcy Court for the District of New Mexico.

### END OF ORDER ###

1

Respectfully submitted,

**ROBERT D. GORMAN, P.A.**
/s/ *Louis Puccini, Jr.*
Louis Puccini, Jr.
P.O. Box 25164
Albuquerque, NM 87125-0164
T. (505) 243-5442
louis@rdgormanlaw.com

**KENNETH C. WEIL**
*/s/ Kenneth C. Weil*
WSBA No. 14203
1325 Fourth Avenue #1700
Seattle, WA 98101-2528
T. (206) 292-0060

2

Case 19-12061-t13    Doc 24    Filed 09/30/19    Entered 09/30/19 14:06:29 Page 2 of 2