## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW MEXICO

In re:

KELLY MICHAEL LYNN AND TINA MARIE LYNN,       No. 19-12061-TA13
    Debtors.

### NOTICE TO TAKE RULE 7030 FRBP
### DEPOSITION OF WINDERMERE HIMLIE BY BROKER JEFF CONKLIN

**TO:**    Joel Alan Gaffney, Esq.
          c/o Gaffney Law, PC
          *Attorney for Kelly and Tina Lynn*
          6565 America's Parkway, Ste 200
          Albuquerque, NM  87110
          joel@gaffneylaw.com

You are hereby notified that pursuant to Rule 7030 FRBP adopting Rule 30 F.R.Civ.P. the stenographic deposition will be taken by oral examination of Jeff Conklin as the designated representative of Windermere Himlie, to testify on its behalf, regarding property in the matter of a Washington Real Estate Contract.

The deposition is to be held on **February 27, 2020 at 10:00 a.m.** at the offices of **Whitehouse & Nichols, LLC, 601 West Railroad Avenue #300, Shelton, Washington 98584 (360) 426-5885** until completed, before a court reporter and notary public.

Pursuant to Rule 7030 FRBP, notice is hereby given that the transcript and all exhibits to this deposition may be introduced into evidence and used at the trial of this matter in accordance with Rule 7032 FRBP and Rule 32 F.R.Civ.P.

                                                Respectfully submitted,

                                                **ROBERT D. GORMAN, P.A.**
                                                Louis Puccini, Jr.
                                                *Attorneys for Brian Swanson/Stacy Walker*
                                                Post Office Box 25164
                                                Albuquerque, NM 87125-0164
                                                T.  505.243.5442 / F.  505.247.1539
                                                E. louis@rdgormanlaw.com

                                                and

                                                Kenneth C. Weil
                                                WSBA No. 14203
                                                weilkc@weilkc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above pleading was filed electronically on February 14, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicates on the electronic filing receipt. Parties may access this filing through the Court's system. I additionally certify that on February 14, 2020 that I emailed a copy of the foregoing to the following:

Joel Gaffney, Esq.
Joel@gaffneylaw.com

Chapter 13 Standing Trustee
Tiffany M. Cornejo, Trustee
orders@ch13nm.com

**ROBERT D. GORMAN, P.A.**
By: *Louis Puccini, Jr.*
Louis Puccini, Jr.